UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. OCAMPO AVALOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden of the California City Correctional Facility, et al.,<br><br>Respondents. | No.  1:26-cv-01199-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 1, 11) |

Petitioner, a noncitizen proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the magistrate judge filed findings and recommendations recommending that Petitioner's petition be granted and "Respondents be ordered to provide petitioner Jose E. Ocampo Avalos with a bond hearing before an immigration judge within seven (7) days of the adoption of these findings and recommendations where respondents bear the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a risk of flight to justify his continued detention." (ECF No. 11 at 5.)  Those findings and recommendations were served on all parties and contained notice that any objections were to be filed within fourteen days.  (ECF No. 11.)  Neither party filed objections to the

1

findings and recommendations.

On March 18, 2026, Petitioner filed a status report indicating that he was granted a bond by the immigration judge on March 12, 2026, and as of March 18, 2026, Petitioner's bond was posted, and he was released from detention. (ECF No. 12.)

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 2) is GRANTED;

3. As reflected in Petitioner's status report (Doc. No. 12) Petitioner was provided with a bond hearing before an immigration judge on March 12, 2026, and he has subsequently posted bond and was released from detention on March 18, 2026. Thus, the court need not order Respondents to provide Petitioner with a bond hearing as recommended in the findings and recommendations; and

4. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

_____
Dena Coggins
United States District Judge

2